5/21/02

MN-200
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  ) CHAPTER 7
  )
  ) BKY Case No. 02-40284
SRC Holding Corporation  )
  )
  Debtor.  )

## NOTICE TO U.S. TRUSTEE OF SALE, ABANDONMENT, OR LEASE

The undersigned Trustee of the estate of the Debtor named above will abandon property of the estate as follows and moves the Court for such Orders as may be necessary or appropriate:

The Debtor owns the following term life insurance policies on its former employees as follows:

Policy No. 2308050B on Todd A. Hendrickson
Policy No. 2308042B on Jerome A. Tabolich

The foregoing are term insurance policies and have no value to this bankruptcy estate.

The Trustee states that there is no creditors' committee, and that no entity has filed a request for notice or filed a notice of appearance, pursuant to applicable rules.

Dated: May 20, 2002

Brian F. Leonard, Trustee (#62236)
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 332-1030

**CERTIFICATE.** The United States Trustee hereby acknowledges service and certifies that the United States Trustee has reviewed and agrees with the reduced notice and the disposition of the property described in the foregoing instrument.

Habbo G. Fokkena
UNITED STATES TRUSTEE

Dated: 5/21/02    By: _____

::ODMA\GRPWISE\GWDMPLS.GWPOMPLS.MPLSLIB1:92214.1

Filed on 5/22/02
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

26-1