UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

SRC Holding Corporation,
SRC Investments Corporation,
Securities Resolution Corporation

Debtors.

BKY Case Nos. 02-40284
02-40285
02-40286

**TRUSTEE'S MOTION AND FIRST OBJECTION TO CLAIMS IDENTIFIED ON EXHIBITS A-1, A-2, AND A-3 ATTACHED HERETO**

1.      Brian F. Leonard, the duly appointed and acting Chapter 7 Trustee, by and through his undersigned counsel, brings this Motion and Objection to various claims, and gives Notice of Hearing.

2.      A hearing on this Motion will be held before the Honorable Nancy C. Dreher on the 9th day of August, 2006 at 10:30 o'clock a.m. in Courtroom 7 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, or as soon thereafter as counsel may be heard. The hearing on this Motion may be continued from time to time with respect to any particular claim upon notice to, or agreement with, the affected parties.

3.      Any response to this Motion must be filed and served by delivery not later than August 4, 2006, which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays and holidays) or filed and served by mail not later August 1, 2006 which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THIS MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing these Chapter 7 cases was filed on January 20, 2002. These cases are now pending in this Court.

5. This Motion arises under 11 U.S.C. §704 and Fed. R. Bankr. P. 3007. This Motion is filed under Fed. R. Bankr. P. 9014 and Local Rule 3007-1. The Movant requests relief with respect to his objections to allowance of the claims identified below.

6. The Trustee moves that each claim identified in Exhibits A-1, A-2, and A-3 be disallowed in its entirety on the grounds stated therein.

7. In the event any evidence or testimony is appropriate to be offered at any evidentiary hearing, the Trustee may testify, and may call the claimant or any officer, director, or agent of the claimant or other appropriate person to testify and give evidence.

**WHEREFORE**, the Trustee respectfully requests that the claims which are the subject of this motion be disallowed, the Trustee requests such other and further relief as is just and equitable.

           **LEONARD, O'BRIEN**
           **SPENCER, GALE & SAYRE, LTD.**

           /e/ Brian F. Leonard

Dated: June 15, 2006      By _____
           Brian F. Leonard, #62236
           Attorneys for Trustee
           100 South Fifth Street, Suite 2500
           Minneapolis, Minnesota 55402-1216
           (612) 332-1030

## VERIFICATION

I, Brian F. Leonard, the Chapter 7 Trustee, the movant herein, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: June 15, 2006

/e/ Brian F. Leonard
_____
Brian F. Leonard

338472

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

SRC Holding Corporation,
SRC Investment Corporation,
Securities Resolution Corporation,

      Debtors.

Chapter 7
BKY Case Nos. 02-40284-02-40286

## UNSWORN CERTIFICATE OF SERVICE

    I, Stephanie Wood, declare under penalty of perjury that on the 15th day of June, 2006, I mailed a copy of the annexed *Trustee's Motion and First Objection to Claims Identified on Exhibits A-1, A-2 and A-3* on:

    SEE ATTACHED SERVICE LIST

by mailing to each party a copy thereof, enclosed in an envelope, postage prepaid, and by depositing the same in the post office at Minneapolis, Minnesota, directed to said party at the address stated above.

Dated: June 15, 2006

/e/ Stephanie Wood
_____
Stephanie Wood

340683

**SRC Holding Corporation**
**SRC Investment Corporation**
**Securities Resolution Corporation**
**BKY Case Nos.: 02-40284-02-40286**

# SERVICE LIST

Lewis G. Herrmann
c/o W. Richard Sintek
Miller Milove & Kob
501 W. Broadway, Suite 1600
San Diego, CA 92101

Lewis and Florence Herrmann
c/o W. Richard Sintek
Miller Milove & Kob
501 W. Broadway, Suite 1600
San Diego, CA 92101

Lewis G. Herrmann as Trustee of the
Herrmann Family Trust
c/o John R. Stoebner, Esq.
Lapp, Libra, Thomson, et al.
120 South Sixth Street, Suite 2500
Minneapolis, MN 55402

U.S. Trust Corporation
c/o Hill, Farrer & Burrill LLP
Attn: Steven W. Bacon, Esq.
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147

U.S. Trust Company of Texas, N.A.
c/o Hill, Farrer & Burrill LLP
Attn: Steven W. Bacon, Esq.
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147

Winona National Bank
c/o Phillip Bohl, Esq.
Gray Plant Mooty
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402

Scott Penwarden
c/o Johnson Law Group LLP
Attn: Scott A. Johnson
10801 Wayzata Blvd., Suite 120
Minnetonka, MN 55305

Mark F. Augusta
c/o Robbins & Keehn, APC
530 "B" Street, Suite 2400
San Diego, CA 92101

Mark F. Augusta
c/o Johnson Law Group LLP
Attn: Scott A. Johnson
10801 Wayzata Blvd., Suite 120
Minnetonka, MN 55305

Bruce Talley
c/o Johnson Law Group LLP
Attn: Scott A. Johnson
10801 Wayzata Blvd., Suite 120
Minnetonka, MN 55305

AZ Department of Revenue
Attn: James A. Wyett
Bankruptcy and Litigation Section
1600 West Monroe
Phoenix, AZ 85007

Jerome A. Tabolich
c/o Norman J. Baer, Esq.
Anthony, Ostlund & Bauer
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402

William D. Sexton
c/o James A. Rubenstein, Esq.
Moss & Barnett
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

James E. Iverson
c/o Joseph W. Lawver, Esq.
Messerli & Kramer P.A.
150 South Fifth Street, Suite 1800
Minneapolis, MN 55402

Richard T. Plumstead
3826 West Calhoun Pkwy.
Minneapolis, MN 55410

Betker Family Trust
c/o Daniel M. Harkins, Esq.
Newport Gateway – Tower 2
19900 Macarthur Blvd., Suite 850
Irvine, CA 92612

Betker Partners Three, LP
c/o Daniel M. Harkins, Esq.
Newport Gateway – Tower 2
19900 Macarthur Blvd., Suite 850
Irvine, CA 92612

Betker Partners One, LP
c/o Daniel M. Harkins, Esq.
Newport Gateway – Tower 2
19900 Macarthur Blvd., Suite 850
Irvine, CA 92612

Eldridge Family Trust
c/o Al Van Kampen
Burkett, Burdette & Van Kampen PLLP
600 Stewart Street, Suite 305
Seattle, WA 98101

345101