UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy<br>Jointly Administered |
| SRC Holding Corporation,<br>a/k/a Miller & Schroeder, Inc.<br>and its subsidiaries, | BKY 02-40284<br>to 02-40286 |
| Debtor. | |

| | |
|---|---|
| McIntosh County Bank, et. al., | ADV Case No. 03-4291 |
| Plaintiffs, | |
| v. | |
| Dorsey & Whitney LLP, a Minnesota Limited<br>Liability Partnership, | **JUDGMENT** |
| Defendant. | |

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Nancy C. Dreher, United States Bankruptcy Judge, presiding.

IT IS THEREFORE ORDERED AND ADJUDGED

1. Trustee have judgment against Dorsey on Count IV for $836,344.32 (calculated by adding the attorney's fees and expenses Miller & Schroeder paid Dorsey in the Bremer/Miller & Schroeder litigation ($550,499.60) and the attorney's fees and expenses Miller & Schroeder paid Dorsey in the President litigation ($285,844.72), and prejudgment interest on said sum at the rate as calculated pursuant to Minnesota Statute § 549.09, commencing on October 3, 2003, and concluding on the date of entry of

judgment. The award is subject to the Trustee's obligation to reimburse the loan participants, including Bremer, for the amount each paid Miller & Schroder for said attorney's fees.

2. Marshall have judgment against Dorsey on Count IV for $51,099.88 (calculated by adding the attorney's fees and expenses Marshall paid Dorsey in the Bremer/Miller & Schroeder litigation ($45,916.29) and the attorney's fees and expenses Marshall paid Dorsey in the President litigation ($5,183,59), and prejudgment interest on said sum as calculated by Minnesota Statute § 549.09 commencing on October 3, 2003, and concluding on the date of entry of judgment.

At:  Minneapolis, Minnesota.  
Dated: August 28, 2006.

Lori A. Vosejpka, Clerk  
United States Bankruptcy Court

By  /e/ Karen Krouch  
Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND  
FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on 8/28/06  
Lori A. Vosejpka, Clerk, By KK