UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    BKY Case No. 02-40284-02-40286

SRC Holding Corporation, f/k/a Miller & Schroeder, Inc.    Chapter 7
and its subsidiaries,

        Debtors.

AMENDED
ORDER FOR ALLOWANCE OF
COMPENSATION TO LEONARD, O'BRIEN, SPENCER,
GALE & SAYRE, LTD., ATTORNEYS FOR TRUSTEE

A hearing on the Motion for Compensation by Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., attorneys for Trustee, came on for hearing on the 13th day of December, 2007, at 3:00 o'clock p.m.

Based upon the Motion of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., and all of the files and proceedings in this case, **IT IS HEREBY**

**ORDERED**, that Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. is awarded the sum of $203,655.05 as and for compensation for services rendered the Chapter 7 Trustee in this case, and is further awarded reimbursement of out-of-pocket expenses in the amount of $4,542.14, for a total of $208,197.19, which the Chapter 7 Trustee is authorized to pay in the administration of this bankruptcy case.

THIS COURT'S ORDER ENTERED DECEMBER 13, 2007 IS VACATED IN ITS ENTIRETY.

Dated: December 17, 2007

/e/ Nancy C. Dreher
Nancy C. Dreher
United States Bankruptcy Judge

369096

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/17/2007*
Lori Vosejpka, Clerk, By KK