UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

SRC HOLDING CORP.,
f/k/a Miller & Schroeder, Inc.
and its subsidiaries,

                                Debtor.

Chapter 7 Case
BKY 02-40284 to 02-40286
Jointly Administered

BRIAN F. LEONARD, TRUSTEE,

                                Plaintiff,                  ADV 03-4284

      -v.-

                                                    <u>AMENDED JUDGMENT</u>

EXECUTIVE RISK INDEMNITY, INC.,

                                Defendant.

_____

THE MARSHALL GROUP, INC., JEROME A.
TABOLICH, JAMES E. IVERSON, EDWARD J.
HENTGES, KENNETH R. LARSEN, STEVEN W.
ERICKSON, PAUL R. ECKHOLM, AND MARY JO
BRENDEN,

and

JOHN M. CLAREY, KENNETY E. DAWKINS
AND JOSEPH K. HALLORAN,

                                Intervenors.

      This proceeding came before the court on remand from the United States District Court for entry of a judgment in favor of Executive Risk in accordance with the judgment of the Eighth Circuit.

      IT IS THEREFORE ORDERED AND ADJUDGED:

      1.      This Court's Judgment entered October 5, 2006, is VACATED in its entirety.

2. Judgment is granted in favor of Defendant Executive Risk Indemnity, Inc. Executive Risk Indemnity, Inc. has no obligation to pay any amounts under the insurance policy at issue with respect to the underlying Heritage Bond Litigation.

At:   Minneapolis, Minnesota.  
Dated:  January 27, 2009.

Lori A. Vosejpka, Clerk  
United States Bankruptcy Court

By  /e/ Karen Krouch  
       Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT  
Filed and Docket Entry made on *01/27/2009*  
Lori Vosejpka, Clerk, by KK