# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY Case Nos. 02-40284
02-40285
SRC Holding Corporation, 02-40286
SRC Investments Corporation,
Securities Resolution Corporation

Debtors.

## TRUSTEE'S WITHRDRAWAL OF OBJECTION TO
## CLAIM NO. 24 FILED BY JAMES E. IVERSON

The undersigned Chapter 7 Trustee in this bankruptcy case hereby withdraws his Motion and Objection to Claim No. 24 of James E. Iverson in the amount of $589,555.00, which Motion and Objection was filed in this case on or about June 10, 2009.

LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE LTD.

/e/ Brian F. Leonard

Dated: June 11, 2009   By: _____
Brian F. Leonard, #62236
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

394435