MN - 204
(Rev'd 10/00)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

_____

In re:                                                                                                    Chapter 7 Bankruptcy

SRC Holding Corporation, f/k/a Miller & Schroeder, Inc.,                 Jointly Administered:
and its subsidiaries

                                                                                                              BKY Nos. 02-40284 - 02-40286

                        Debtors.

_____

**NOTICE TO ALL CREDITORS OF ABANDONMENT**

On or after 20 days from the date of service of this Notice, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will abandon property of the estate as follows:

The Debtors' Schedule B reflected the following assets with the scheduled values as stated, which were either held in a custodial capacity by the Debtors, or were warrants which have expired with no value, or were sold prior to the commencement of this case. The undersigned believes that these assets have no practical value for the Debtors and accordingly are abandoned:

|  | **Scheduled Value** |
|---|---|
| Arcadia Financials Ltd. Warrants | $0.00 |
| Paper Warehouse, Inc. Warrants | unknown |
| PDS Financial Corporation Warrants | unknown |
| Wisconsin State Health Bonds | $300.00 |
| Minneapolis MN Health Revenue Bonds | $0.00 |
| United Homes Inc. Bonds | $0.00 |
| Savannah, GA Economic Development Bonds | $600.00 |
| Savannah, GA Economic Development Bonds | $700.00 |
| St. Louis County MO Bonds | $100.00 |
| Columbus GA Downtown Development Bonds | $1,000.00 |
| Restricted Netzee Inc. Bonds | $0.00 |
| PLM VII Limited Partnership | $12,600.00 |

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the Court for such Orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address below) |
| 300 South Fourth Street | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: May 26, 2010                                                      /e/  Brian F. Leonard, Trustee
                                                                                          Brian F. Leonard, Trustee
                                                                                          100 South Fifth Street, Suite 2500
                                                                                          Minneapolis, MN 55402
                                                                                          (612) 332-1030

421667