## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:                                                                                          Chapter 7 Bankruptcy

SRC Holding Corporation, f/k/a Miller & Schroeder, Inc.,                 Jointly Administered:
and its subsidiaries
                                                                                                 BKY Nos. 02-40284 - 02-40286

        Debtors.

_____

### ORDER

Upon the Application of the Chapter 7 trustee in this case, and the court being fully advised in the premises, it is hereby

ORDERED, that

1. The interest of the Trustee in Case No. 102512/08, venued in the Supreme Court of New York, is hereby determined as an unadministered asset and will remain property of this bankruptcy estate, despite the closing of these cases.

2. The interest of the Trustee in the Judgment entered on February 11, 2003 against F. Neil Smith in the amount of $64,192.34 is hereby determined as an unadministered asset and will remain property of this bankruptcy estate, despite the closing of these cases.

3. The interest of the Trustee in the Judgment entered on September 30, 2003 against Marshall's Place in the amount of $10,000.00 is hereby determined as an unadministered asset and will remain property of this bankruptcy estate, despite the closing of these cases.

Dated:  May 27, 2010                                  /e/ Nancy C. Dreher
                                                               Nancy C. Dreher
                                                               Chief United States Bankruptcy Judge

421669

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 05/27/2010
Lori Vosejpka, Clerk, by KK