MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5
## For Deposit To Registry Fund

Debtor:  SRC Holding Corporation fka Miller & Schroeder, Inc.
Chapter 7 Case No. 02-40284

Please Check One:
X  Unclaimed Dividends

_ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Mark and Dina Fields<br>5613 Turtle Way<br>McKinney, TX 75070 | 55 Sec. Res. | $38,975.00 | $2,427.81 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: December 15, 2010

 /e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

431944

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY 02-40284

In re:

SRC Holding Corporation fka
Miller & Schroeder, Inc.

      Debtor.

## TRUSTEE'S REPORT REGARDING FUNDS OVER $500
## TO BE DEPOSITED IN COURT'S REGISTRY

According to Local Bankruptcy Rule 506(d)(2), Brian F. Leonard, Chapter 7 Trustee in the above-referenced matter, is filing this Report along with Form MN-305. The Trustee has been unable to locate the creditor of Mark and Dina Fields with a distribution entitled them in the amount of $2,427.81.

The Trustee has made reasonable attempts to locate this creditor by way of telephone directory, phone book directories, and internet access, including mailing the check to four different addresses and each time having it returned as "not deliverable, unable to forward". Efforts have been unsuccessful and accordingly, funds in the amount of $2,427.81 are being deposited in the Court's Registry as and for dividends belonging to Mark and Dina Fields filed as claim number 55.

Dated: December 14, 2010

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Suite 2500
Minneapolis, MN 55402
612-332-1030

431886